UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCH SPECIALTY INSURANCE COMPANY,

                          Plaintiff,

-v.-

INTEGRATED CONSERVATION CONTRACTING, INC.,

                          Defendant.

23 Civ. 02863 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On August 25, 2023, the Court directed the parties, by August 30, 2023, to file a joint letter updating the Court on the status of mediation. ECF No. 32; *see also* ECF No. 30 (August 10, 2023 Order directing the parties "to commence mediation promptly, and to the extent possible, by August 31, 2023"). The parties have failed to do so. By no later than **Wednesday, September 6, 2023** at **5:00 p.m.**, the parties shall file the required joint letter, including an explanation for their failure to comply with the Court's August 25 Order.

      SO ORDERED.

Dated: September 1, 2023
       New York, New York

                                               JENNIFER H. REARDEN
                                               United States District Judge